UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES R. BEAN AND JEANNE F. BEAN, | ) | Case No. 1:18-cv-00393-HSO-JCG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HUNT SOUTHERN GROUP, LLC FKA | ) | |
| FORSET CITY SOUTHERN GROUP LLC, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE

To:     All Attorneys of Record

Notice is hereby given, pursuant to the Federal Rules of Civil Procedure, that Defendant Forest City Residential Management, LLC has this date served in the above-entitled action the following discovery, bates numbered:

1. Bean-James Bean-M 004418 - Bean-Jeanne Bean-M 004540.

2. Bean-Jeanne Bean-M 002077 - Bean-Jeanne Bean-M 002079.

The undersigned retains the originals of the above papers as custodian thereof.

This the 28th day of June, 2019.

                                      Respectfully submitted,

                                      /s/ *Alison O'Neal McMinn*
                                      Joshua J. Metcalf, MSB# 100340
                                      Alison O'Neal McMinn, MSB# 101232
                                      FORMAN WATKINS & KRUTZ LLP
                                      210 East Capitol Street, Suite 2200
                                      Jackson, MS 39201
                                      Telephone: (601) 960-8600
                                      Facsimile: (601) 960-8613
                                      joshua.metcalf@formanwatkins.com
                                      alison.mcminn@formanwatkins.com

        **-and-**

/s/ *William J. Hubbard*
William J. Hubbard (PHV)
Gregory P. Feldkamp (PHV)
Thompson Hine LLP
3900 Key Center, 127 Public Square
Cleveland, OH 44114
Telephone: (216) 566-5500
Facsimile: (216) 566-5800
Email: Bill.Hubbard@thompsonhine.com
Email: Gregory.Feldkamp@thompsonhine.com

***Attorneys for Forest City Residential Management, LLC***

## CERTIFICATE OF SERVICE

This is to certify that I, Alison O'Neal McMinn, have this date electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all ECF participants.

THIS, the 28th day of June, 2019.

/s/ *Alison O'Neal McMinn*
Alison O'Neal McMinn, MSB# 101232

2