# James R. Bean, et al. v. Hunt Southern Group, LLC, et al.

## Kim Emmett, M.D.

**July 23, 2019**

All depositions & exhibits are available for downloading at
<www.brookscourtreporting.com>
Please call or e-mail depo@brookscourtreporting.com if you need a
**Username** and **Password.**



**Mississippi - Louisiana - Tennessee - New York**
**1-800-245-3376**

**Ex. 17**

Page 18

1    A.   I believe the note says, this was a
2  transcription, it says, "notes, not shortness of
3  breath," probably should have been "no shortness of
4  breath at rest.  Denies any cough.  No chest pain or
5  heart palpitations, nausea, vomiting.  He thinks he's
6  not able to exercise very well, becomes fatigued
7  easily."
8    Q.   All right.  Was Mr. Bean in the course of
9  your treatment with him before he moved to Mississippi,
10 did he have complaints, among other things, of fatigue?
11   A.   Quite often.
12   Q.   And what were those complaints?  What did
13 they arise from?
14   A.   I don't think it was well understood.
15   Q.   All right.
16   A.   Is what I -- he did, I believe he was
17 diagnosed with coronary artery disease at some point
18 within this time period.
19   Q.   Right.
20   A.   And --
21   Q.   And will coronary artery disease, will
22 that, or can that result in a patient becoming
23 fatigued?
24   A.   Some patients might.
25   Q.   Okay.

Page 19

1    A.   He also had problems with joint pain,
2  which I think were never clearly understood, so perhaps
3  some sort of an inflammatory joint problems.
4         I think he also had psoriasis.  I
5  apologize, most people are fatigued with that.
6    Q.   Okay.  So at least in 2004 then, he was
7  complaining to you of fatigue; is that true?
8    A.   That's what the note says.
9    Q.   All right.  The next one I want to take
10 you to is 3241.
11   A.   Date of 6-6-2005?
12   Q.   Yes, ma'am.  So that's a date of visit of
13 June 6th, 2005; is that right?
14   A.   I apologize, I have to open this up and
15 see.
16   Q.   Is that right?
17   A.   Yes, that's correct.
18   Q.   And describe what symptoms Mr. Bean
19 presented with on that occasion to you.
20   A.   Well, in the history he was talking about
21 cough and congestion, but he was evaluated for that.
22 Says "he's now having a productive cough with yellow
23 sputum," my note says.  "No fever."
24        And then on the note, "not really short
25 of breath."  Some people have difficulty describing

Page 20

1  their symptoms.  And "does not have heart palpitations
2  or chest pain."
3    Q.   All right.  Does -- did he also complain
4  there in the second sentence of "runny nose, cough and
5  congestion"?
6    A.   That's what my note says, yes.
7    Q.   And what was your assessment with respect
8  to those complaints?
9    A.   Well, for the runny nose and item number
10 four in assessment and plan, it says "allergic
11 rhinitis" and I had some samples of a nasal
12 antihistamine called Astelin that I gave to him.
13        And then for the yellow sputum, it says I
14 wrote a prescription for a Z-pack for bronchitis.
15        On exam, one exam, he had a few scattered
16 crackles, which cleared with coughing and I said his
17 ears appeared to be mildly distended with clear fluid
18 bilaterally, which can be seen with allergic rhinitis
19 from eustachian tube dysfunction.
20   Q.   And what is allergic rhinitis?
21   A.   Well, I would think it's common symptoms
22 of postnasal drip, runny nose.  We use allergic
23 rhinitis as a catchall term, but some people don't
24 necessarily have allergies, they just have the
25 symptoms.

Page 21

1    Q.   Right.
2    A.   Might be called perennial rhinitis, so.
3    Q.   And for rhinitis or for perennial
4  rhinitis or -- or allergic rhinitis, is that a fairly
5  -- you used the term catchall.
6    A.   Uh-huh.
7    Q.   Is that a common complaint among patients
8  across the board?
9    A.   It's a common complaint here.
10   Q.   Yeah.
11   A.   Very common.
12   Q.   Well, it's common for humans, isn't it?
13 We get rhinitis from time to time, don't we?
14   A.   Right, but it's very common in this area
15 in particular.
16   Q.   Yeah.  And what are some of the causes of
17 a rhinitis?
18   A.   Well, you know, most patients don't go
19 through allergy testing, they just pick up something
20 over-the-counter and so it could be -- it could be a
21 reaction to something in the environment, and when
22 people have allergy evaluations, which I don't do, but
23 they might be allergic to dust mites, which are common
24 in our environment, cockroaches, cat dander, trees,
25 grasses.

Kim Emmett, M.D. 7/23/2019

Page 26

get the impression that he was very physically active at that time.

Q. Right. Did you also understand and I think it may be later in your practice that you diagnosed him with sleep apnea?

A. He was probably referred to someone who diagnosed him with sleep apnea.

Q. Okay.

A. I don't evaluate for sleep apnea.

Q. Fair enough. You sent him to a sleep specialist or somebody?

A. That would be my general practice, yes.

Q. Okay. But did you -- you are aware that Mr. Bean has sleep apnea, right?

A. Yes.

Q. Okay. And can sleep apnea cause fatigue?

A. It can.

Q. And how does that -- how does that happen?

A. Well, my understanding is what happens is that patients do not achieve deeper stages of sleep or adequate sleep because their brain constantly has to awaken and have a -- have the chest or the lungs breath in. So people don't achieve, and they may also have a low oxygen level at times because they're not -- not

Page 27

breathing regularly.

Q. All right. So let's move on to 3252 and I know these are kind of jumping around. I apologize for that, or actually it's 3253.

This is an office note of December 27th, 2007. Do you see that?

A. Yes, I see that.

Q. Is that your --

A. Yes.

Q. -- record there?

A. That's my handwriting, yes.

Q. Okay. And what was -- I'm interested in the fourth assessment there.

What was that?

A. That on assessment and plan, allergic rhinitis, which was, I believe an ongoing issue for him and he simply wanted me to refill his antihistamine.

Q. All right. And what antihistamine were you prescribing to him?

A. Well, the brand name is Zyrtec, and I think the generic name is cetirizine. You don't really have to prescribe that anymore, it's over-the-counter.

Q. Right. So is this another example of Mr. Bean diagnosed by you with allergic rhinitis before he moved to Mississippi?

Page 28

A. This was in 2007. So yes, he did have symptoms of allergic rhinitis then.

Q. And enough recurring symptoms for you to issue a prescription for Zyrtec for him.

A. Yes.

Q. And if you would look at 3265.

Is that your record for Mr. Bean from March 21st of 2008?

A. Yes.

Q. And did Mr. Bean report fatigue on that occasion?

A. I'm sorry. Let me look at the note here. Yes, he must have. I apologize.

Q. Do you see the assessment number two?

A. Yes, I do.

Q. And what does it say?

A. It says "fatigue," and I said "I think this is to be expected following his very prolonged serious illness."

Q. And what series illness was that?

A. I know that he had a biopsy, a prostate biopsy, and said he had to go to the emergency room with the -- oh, I'm sorry. He had fevers and I'm not sure that our office gave the Levaquin. It may have been the urologist.

Page 29

Q. All right.

A. And it looks like he had to have a catheter for urinary retention, and then he also had a bout of extreme swelling in his face and tongue, angioedema.

And it says he talked to his cardiologist, Dr. Weatherbee, and did not feel that -- oh, this is angioedema. I'm sorry to wander here.

Q. That's okay.

A. All right. It looks like he went to a walk-in clinic too. So he had a series of events.

Q. Yeah. And one of those too, it says, "Mr. Bean began having a cough productive of white sputum. He went to a walk-in clinic and was treated with a Z-pack. This is the slowly getting better."

Right?

A. I apologize.

Q. Fourth from the last line.

A. Fourth from the last line. Yes, I see that now.

Q. All right.

A. Did you have a question about that?

Q. Yes. So like most patients, Mr. Bean had various upper respiratory complaints over the period of time that you treated him before he moved to

Kim Emmett, M.D. 7/23/2019

Page 30

1  Mississippi; is that correct?
2      A.   That is correct.
3      Q.   All right. And did you treat Mr. Bean
4  for rhinitis before he moved to Mississippi?
5      A.   Yes.
6      Q.   On multiple occasions?
7      A.   Well, yes, I mean, the one note we
8  alluded to he had a prescription for 90 days with three
9  refills, so that would be over the course of a year.
10 So, yes, multiple occasions.
11     Q.   All right. And did you treat Mr. Bean
12 for fatigue before he moved to Mississippi?
13     A.   Well, he talked to me about fatigue, yes,
14 that was mentioned.
15     Q.   Okay. Fair enough. And with respect to
16 fatigue, you've already told us what some of the common
17 causes of that are, correct?
18     A.   Yes.
19     Q.   Aging, coronary artery disease, sleep
20 apnea and other things, all of which Mr. Bean had,
21 right?
22     A.   Yes.
23     Q.   Did -- and what are the causes for the
24 rhinitis?
25     A.   Well --

Page 31

1      Q.   Just in general.
2      A.   Okay. I'm so sorry.
3      Q.   That's okay.
4      A.   There could be allergic reaction to some
5  environmental stimulus. There can be a reaction we
6  don't quite understand that just stimulates the mucus
7  glands to secrete mucus. Some people might be -- have
8  a reaction to very strong smells, perfumes or the like,
9  smoke.
10     Q.   All right.
11     A.   Okay. And I'm so sorry. There might be
12 some medicines that maybe somebody might have a side
13 effect.
14     Q.   All right.
15     A.   -- of runny nose with.
16     Q.   And did you ever in the course of your
17 treatment with Mr. Bean before he moved to Mississippi,
18 determine the cause of the rhinitis?
19     A.   I don't think so. He did go to see an
20 allergy immunologist about his angioedema, the swelling
21 that he had periodically in his lips and I would have
22 to look at that note to see if he was tested for
23 anything else. I apologize.
24     Q.   But that was just the swelling in his --
25     A.   That was the main reason, yes, he went,

Page 32

1  the angioedema.
2      Q.   Okay. But in terms of the runny nose,
3  congestion, did you determine what cause those were
4  ever attributed to?
5      A.   I don't have a defined cause.
6      Q.   Okay.
7      A.   I provided treatment.
8      Q.   And same thing with the fatigue, did you
9  determine, Dr. Emmett, what the cause of the fatigue
10 was for Mr. Bean?
11     A.   I don't think there was a single cause.
12 It's what we call multifactorial, different things.
13     Q.   All right. So before Mr. Bean moved to
14 Mississippi he had reported on multiple occasions both
15 rhinitis and fatigue to you in his treatment, correct?
16     A.   Yes.
17     Q.   All right. And turning to Exhibit Number
18 2, which is the other stack that I gave you.
19     A.   Okay.
20     Q.   You can put that clip back on that thing.
21     A.   I need a bigger clip.
22     Q.   Okay. Great. You can just set that one
23 over there.
24          I want to draw your attention to Bates
25 stamp page 1996.

Page 33

1           Does this look like your first office
2  note since, upon Mr. Bean's return from Mississippi?
3      A.   Yes, it does.
4      Q.   And what's the date that you saw him?
5      A.   Thursday, September 22nd, 2016.
6      Q.   All right. And you're quite correct.
7  You say in this note that it has been over three years
8  since his last office appointment, right?
9      A.   Yes.
10     Q.   And was that because he was living in
11 Mississippi in that interim time period?
12     A.   That is my understanding.
13     Q.   All right. What did he report about his
14 medical issues to you in 2016?
15     A.   He updated me on his coronary artery
16 disease that he had two stents placed while living in
17 Mississippi. We talked about his hypertension briefly.
18          And then still the problem with the hives
19 and history of psoriasis. He requested a refill on his
20 steroid cream.
21     Q.   All right. In the second line of the --
22 CC is chief complaint, right?
23     A.   Yes. Yes.
24     Q.   The CC paragraph he says, "he reports his
25 medical issues are about the same and stable."

9 (Pages 30 to 33)

**Page 34**

1    Do you see that?
2    A.  Yes, I do.
3    Q.  Did he at that occasion, have any
4    complaints about his living conditions at Keesler
5    military base in Mississippi?
6    A.  I don't recall that he discussed that
7    with me.
8    Q.  Did he complain that he had any medical
9    issues arising out of his living situation at Keesler?
10   A.  I don't recall that he discussed that
11   with me.
12   Q.  Well, and in fact, he says his medical
13   issues are about the same and stable, correct?
14   A.  That was my understanding.
15   Q.  Did he mention anything about mold to you
16   or that he may have been exposed to mold while at
17   Keesler?
18   A.  I don't recall that he did.
19   Q.  Sure.  If he had mentioned that he had
20   been exposed to mold, would you have written it down?
21   A.  I would try to, yes.  Yes.
22   Q.  Yes, ma'am.
23   A.  My usual procedure, yes.
24   Q.  And in your -- you hadn't seen him for
25   three years.  I'm quite sure you took a history of

**Page 35**

1    anything of significance that had occurred in the prior
2    three years; is that fair?
3    A.  I think so.
4    Q.  And in response to the question I'm sure
5    you asked, which was something along the lines of, is
6    there anything that I need to know about your medical
7    situation over the last three years, what did he tell
8    you?
9    A.  Generally, I'll just ask for an update
10   and I think he must have told me that he was glad to be
11   back and that about his stents that he had.
12   Q.  All right.  And the stents were for the
13   coronary artery disease?
14   A.  That would be my understanding.
15   Q.  And is that the only thing he referenced
16   about the change in any medical condition while he was
17   living in Mississippi?
18   A.  He only talked about specialists
19   evaluation for his urticaria, for his hives again while
20   he was in Mississippi, and he asked for a refill on his
21   Prednisone.
22   Q.  All right.  So did Mr. Bean report
23   anything to you about mold?
24   A.  I don't recall that he did.
25   Q.  And if he had reported anything about

**Page 36**

1    mold, would you have written it down?
2    A.  Generally, I would write it down.
3    Q.  Okay.  And the fact that it's not in this
4    piece of paper, does that indicate to you one way or
5    another whether he mentioned mold?
6    A.  I think he probably did not mention it to
7    me.
8    Q.  All right.  Otherwise what?
9    A.  I would have generally, I'd write it down
10   under review of systems and maybe on a problem although
11   sometimes people will just tell me that they're
12   allergic to mold and people will attribute a lot of
13   symptoms to mold, so...
14   Q.  Yes, ma'am.  And why do they do that?
15   A.  Because I think mold is very somewhat
16   common.  I mean, most people have been exposed to
17   histoplasmosis just by living here, which is a common
18   mold.
19        So people will say sometimes that their
20   symptoms, which might be a rhinitis, they're concerned
21   about -- about mold.
22   Q.  And it's because we try to, as humans
23   walking around the earth, we're not doctors, but we
24   like oh, I saw mold and now I've got a runny nose, it
25   must be the mold.

**Page 37**

1    That's what the normal path is, right?
2    A.  Yes.
3    Q.  Okay.  And you find in your experience
4    about that, what?
5    A.  Can you refine the question, please?
6    Q.  Yes, ma'am.  Can we attribute all of
7    those symptoms to mold just because we saw it?
8    A.  Well, perhaps if you had an allergic
9    reaction and you didn't have a lot of rhinitis and then
10   you were exposed and suddenly your symptoms really
11   increased, perhaps.
12       It's -- it's somewhat tricky to prove
13   that with allergy testing and the like because -- I
14   would think.
15   Q.  And it's tricky because we are exposed to
16   a lot of different things all day long, day and night,
17   and it's very tricky to determine what a particular
18   thing is caused by when we're walking around; is that
19   fair?
20   A.  In my experience, yes.  An allergist may
21   have a different answer to that.
22   Q.  All right.  So moving back to Mr. Bean
23   also did not have any complaints to you in 2016, that
24   he had been experiencing headaches while he was in
25   Mississippi, did he?

**Page 58**

1  so you know, Mrs. Bean is also involved in a lawsuit in
2  Mississippi.
3       Did you know that, before this proceeding
4  today?
5       A.   I did not know that before the end of
6  March.
7       Q.   Okay.  Well, she is.  She is a plaintiff
8  in a lawsuit and among other things, she says that some
9  of her medical injuries, symptoms, were caused by
10 exposure to mold.
11      She mentions worsening of the COPD,
12 worsening of her allergies, headaches, breathing, her
13 being low on energy, anxiety and depression, among
14 other things.  I'm just telling you that for your
15 information.
16      A.   Okay.
17      Q.   And the reason why I'm telling you is
18 because as we did with Mr. Bean, I want to talk to you
19 a little bit about the occasions on which you treated
20 Mrs. Bean for the same things before she ever moved to
21 Mississippi.
22      Do you understand where I'm coming from?
23      A.   Yes.
24      Q.   Okay.  And the fact is that you did treat
25 Mrs. Bean for a long period of time before she moved to

**Page 59**

1  Mississippi, correct?
2       A.   Yes.
3       Q.   And when did you begin treating her,
4  ballpark?
5       A.   Well, I moved here in 1999, so it would
6  not have been before that.  She was part of the
7  practice.  She was a patient here, and I think some of
8  the first notes I saw a note, I think from 2000, 2002,
9  where I would have been talking to her and treating her
10 for sometime.
11      Q.   All right.  And did you pretty much
12 follow Mrs. Bean from 2000, 2002, up until the time of
13 2013 or so when she moved to Mississippi?
14      A.   Yes.
15      Q.   All right.  And on -- in that timeframe,
16 can you give us ballpark guesstimate how many times you
17 saw her?  Dozens?
18      A.   Well, yes, maybe two dozen.  Okay.
19      Q.   It's enough to make a big stack of
20 records, wasn't it?
21      A.   Yes.
22      Q.   Okay.  And you were Mrs. Bean's kind of
23 family doctor, right?
24      A.   Yes, that's correct.
25      Q.   And she came to you with a variety of

**Page 60**

1  different complaints; is that right?
2       A.   That's correct.
3       Q.   Was one of those complaints that she had
4  had difficulty breathing?
5       A.   Do you mean recently or prior?
6       Q.   In that timeframe before she moved to
7  Mississippi, you had treated her or she had referenced
8  that she had COPD, emphysema, difficulty breathing and
9  that kind of thing, didn't she?
10      A.   Well, I'm not sure she ever met the
11 criteria for COPD, but there were times when she came
12 in with a cough and she had some evaluation, but this
13 was prior to her move.
14      Q.   Okay.  Okay.  And did that change after?
15      A.   She did not come to see me primarily for
16 complaints of cough.  Generally, her visits were
17 physical exams and I think she had an as-needed visit
18 for a breast lump.
19      Q.   All right.  One of the other things that
20 I noticed -- so -- so she would report to you about
21 shortness of breath, breathing troubles, that kind of
22 thing before she moved to Mississippi; is that fair?
23      A.   Yes.
24      Q.   Okay.  And did you attribute those
25 complaints to any particular cause?

**Page 61**

1       A.   Well, she has seen an allergist before.
2  This was in 2001, according to her record as well as an
3  ENT and she was diagnosed with allergic rhinitis and
4  eustachian tube dysfunction.  This would have been
5  years ago.
6       Q.   And what was she -- unpack that for me.
7       Do you recall what -- what -- when she
8  saw the allergist, what that resulted in?
9       A.   May I look?
10      Q.   Please.  Please.
11      A.   She has -- she had several conditions
12 that were -- and so some of these medical records
13 unfortunately are separated out into -- well, as I
14 recall what it was for, I'm sorry, I don't have the
15 note and it is, I believe his record has been produced
16 in the -- in what you all were given.
17      Having a cough, post nasal drip, runny
18 nose and the like, and she's had -- there's listings of
19 cough even prior to my assuming her care and had a
20 chest X-ray in 1998.  So that was a concern for her
21 then.
22      Q.   Okay.
23      A.   She also said that she was having
24 troubles with a loss of a sense of smell.  This would
25 have been 2001, and she has multiple diagnosis of

**Page 66**

1  A.  Yes.
2  Q.  And then you see -- and you treated her
3  for multiple kind of medical things arising from that,
4  sinusitis, rhinitis, things of that nature; is that
5  fair?
6  A.  She has had -- received treatment for
7  that in the past, yes.
8  Q.  Okay. And we -- we've mentioned rhinitis
9  before, but what is sinusitis?
10  A.  Well, that would be inflammation of the
11  sinus cavities that are above the nose usually and
12  within the skull, within the skull, and so it might be
13  that some people have a bacterial infection or a viral
14  infection.
15      I think also people who have chronic
16  rhinitis might have increased mucus secretion from
17  their sinuses, so that could cause chronic
18  inflammation.
19  Q.  All right. So they could be related to
20  one another?
21  A.  Yes.
22  Q.  All right. Now, did Mrs. Bean have a
23  history of smoking?
24  A.  Yes.
25  Q.  And how long did she smoke?

**Page 67**

1  A.  According to the record, probably about
2  20 years and then my most recent note says she stopped
3  at age 40.
4  Q.  Even if you stop at age 40, can you have
5  -- still have lingering effects from that?
6  A.  For a time.
7  Q.  Right. So in the -- let me kind of close
8  this up with the period of time before Mrs. Bean moved
9  to Mississippi.
10      Did you treat Mrs. Bean for rhinitis in
11  that timeframe?
12  A.  I would have to look through those notes
13  because I can't see a med list on -- in my general
14  computer. If you need me to stop and do that for a
15  moment I can.
16  Q.  Sure, if you would. Let's go off the
17  record.
18      THE VIDEOGRAPHER: Off the record. It's
19      9:25.
20      (Off record discussion.)
21      THE VIDEOGRAPHER: Back on the record.
22      It's 9:27.
23  BY MR. BOONE:
24  Q.  Dr. Emmett, have you had a chance to
25  review the archive records from that period of time?

**Page 68**

1  A.  I did review records --
2  Q.  All right.
3  A.  -- from 2004 on.
4  Q.  And can you tell us, a ball park, did you
5  treat and did Mrs. Bean present with rhinitis in that
6  period of time before she moved to Mississippi?
7  A.  It's mentioned at least three times in
8  the records --
9  Q.  All right.
10  A.  -- prior to that move.
11  Q.  And what about complaints of sinusitis?
12  A.  At least two times in the records.
13  Q.  And what about complaints of shortness of
14  breath?
15  A.  There was, I'm sorry, I counted about two
16  times that there was acute shortness of breath.
17  Q.  All right. And what about other kind of
18  upper respiratory things, were there notations in your
19  records of -- that she was complaining of upper
20  respiratory symptoms before she moved to Mississippi?
21  A.  At least twice --
22  Q.  All right.
23  A.  -- in the record.
24  Q.  Now, did you, and I hate to lump them all
25  together, but did you attribute any of those symptoms

**Page 69**

1  to any particular causes or is that just kind of normal
2  walking around symptoms that one might expect from a
3  patient?
4  A.  Well, there are patients that have
5  several upper respiratory infections a year. I don't
6  think she was smoking at that time, which it seems that
7  many people who smoke will have more bouts of sinusitis
8  and upper respiratory infection.
9  Q.  Okay.
10  A.  And I think she had continued symptoms of
11  rhinitis and postnasal drip during that time.
12  Q.  Okay. So it's fair to say that in your
13  treatment of Mrs. Bean before she moved to Mississippi
14  that she had complaints of rhinitis, sinusitis,
15  shortness of breath, upper respiratory illnesses, fair?
16  A.  That's fair. Somewhere episodic. I
17  think the rhinitis was probably ongoing.
18  Q.  All right. I want to turn your attention
19  to the period of time now when Mrs. Bean returned from
20  Mississippi and the first note that I have actually is
21  from a hospital stay.
22      Look on Exhibit 4.
23  A.  Okay.
24  Q.  Page 2572.
25  A.  2572, okay.

Page 78

1  Q. Did you ever see a record that she had actually been diagnosed with COPD by anyone?
3  A. I did not see pulmonary function test results. There may be something in the exhibit that's from Mississippi, an office note in one of these exhibits.
7  Q. Okay.
8  A. An outpatient office note.
9  Q. Okay.
10 A. I don't know where it is in this exhibit.
11 Q. Okay.
12 A. I think there was a few pages from an outpatient evaluation.
14 Q. All right. Well, did you diagnose her with COPD?
16 A. No.
17 Q. Okay. And sitting here today, do you know whether anyone else has?
19 A. I do not.
20 Q. Okay. And COPD, is that caused by smoking?
22 A. That's a contributor.
23 Q. Okay. I suppose there's other -- well, is that the most common cause of COPD in your experience?

Page 79

1  A. That's a common cause and there would be more lung diseases that could cause shortness of breath or cough.
4  Q. Right. And was Mrs. Bean a smoker?
5  A. She had smoked, yes, previously.
6  Q. For 20 years?
7  A. Roughly 20 years to the best of my understanding.
9  Q. All right. Now, when she said -- you wrote down "since she has returned to Tennessee her symptoms are much better."
12 Do you see that?
13 A. Yes.
14 Q. Are those, again, are those her words?
15 A. Those are her words.
16 Q. Okay. So she says that her symptoms are much better?
18 A. Yes.
19 Q. She did not say her symptoms had gone away?
21 A. No, she just said they were better.
22 Q. I see. And we know that she is still experiencing many of those symptoms because she's still taking the medications for them, right?
25 A. Right.

Page 80

1  Q. And your next sentence says, "she is on Singulair." And what does Singulair do?
3  A. Singular could help if there was a component of asthma or it can help for allergic rhinitis. Those are the two main indications for that medicine.
7  It might -- it might help with COPD, but that's not the definite indication for the medicine.
9  Q. Okay. That's a standard kind of allergy medication --
11 A. Yes.
12 Q. -- right?
13 A. Yes.
14 Q. All right. What did she tell you about her anxiety?
16 A. Let's see. Well, she has had anxiety symptoms for more than five years. So this would have been -- had been before she went to Mississippi.
19 Q. Okay.
20 A. And so I don't recall exactly how long she had been on Zoloft or as needed, benzodiazepine, but I think she had been on medication for longer than five years for that condition.
24 Q. Okay. And the frequency she says is several times per month?

Page 81

1  A. That would be for panic attacks. I would say now, those would not be her words, but that she experienced some level of anxiety daily without medicines.
5  Q. Okay.
6  A. And that I believe would be longer than five years.
8  Q. I see. So she had a generalized anxiety all the time?
10 A. I think so, yes.
11 Q. Okay. And dating back from the period of time before she moved to Mississippi?
13 A. Yes.
14 Q. And the panic attacks were sporadic in that timeframe, but also dated back that far; is that right?
17 A. Right. She had received medicine for -- for that prior to her move to Mississippi.
19 Q. Okay. And did she attribute those, that anxiety and panic attack -- panic attacks to any particular cause?
22 A. Not really, just more stress related.
23 Q. All right. And did you -- did you attribute those to any particular cause or just more stress related?

### Page 94

1   Q.   And the fact that she's on Singulair
2   indicates that she's taking medication for those
3   symptoms, right?
4   A.   Yes.
5   Q.   All right. And 2455.
6   A.   This is, I think her -- I'm so sorry, go
7   ahead.
8   Q.   No, go ahead. This may be an office note
9   from somewhere else.
10  A.   It says Walgreen's Health Care Clinic,
11  Alcoa, Tennessee. And so this would have been like for
12  an urgent care appointment.
13  Q.   Right. And what did she present with on
14  February 26th of 2018?
15  A.   The description is acute bronchitis, and
16  then it says viral.
17  Q.   All right.
18  A.   I'm sorry. They also included some
19  medical patient information.
20  Q.   All right.
21  A.   So the body of the note may be progress
22  note. It's on 2458. It says cough.
23  Q.   Okay. So that brings me to I think what
24  is your last visit with Mrs. Bean.
25       If you go to page 2428 in this exhibit.

### Page 95

1   A.   Okay.
2   Q.   Exhibit number four.
3   A.   2428?
4   Q.   Yes, ma'am.
5   A.   Okay. Let's see. And the note starts
6   on --
7   Q.   You may not have the beginning of it.
8   A.   I'm sorry. These electronic medical
9   records, sometimes you have to put in a quote. The
10  notes starts on 2423.
11  Q.   Okay.
12  A.   It's a Medicare wellness visit.
13  Q.   All right. And what's the date of that?
14  A.   March -- Wednesday, March 20th, 2019.
15  Q.   So that's back in this March of this
16  year?
17  A.   Yes.
18  Q.   All right. And you see, do you have your
19  same note for nasal congestion there?
20  A.   Yes.
21  Q.   And the same note relating to
22  respiratory, correct?
23  A.   One additional sentence that she had
24  brought up. She thought she might want to be tested
25  for mold because she said she still had episodes of

### Page 96

1   coughing at times. So that was an additional statement
2   she made --
3   Q.   Yes, ma'am.
4   A.   -- during that visit.
5   Q.   Okay. And she wanted to be tested for
6   mold because she thought she was being exposed to mold
7   currently, or do you recall?
8   A.   I don't recall the exact phrase, but I
9   think she was still thinking about possible effects of
10  mold exposure from Mississippi.
11  Q.   Okay. So was she saying that her current
12  cough, coughing was attributable to her exposure to
13  mold back in Mississippi?
14  A.   That's what she had -- that was what she
15  was alluding to.
16  Q.   All right. But you did not make that
17  connection in your opinion, correct?
18  A.   No.
19  Q.   This is just what she was reporting?
20  A.   Yes.
21  Q.   All right. And the assessment on page
22  2425, assessment means --
23  A.   Well, listing of the problems potentially
24  identified.
25  Q.   Right.

### Page 97

1   A.   Or symptoms. I'm sorry.
2   Q.   Okay. You indicate without -- encounter
3   for general adult medical examination without abnormal
4   findings, right?
5   A.   Yes.
6   Q.   What does that mean?
7   A.   It just means a code that you submit to
8   the insurance form and it's just a descriptive code for
9   subsequent wellness visit for Medicare patients.
10  Q.   Okay. And without abnormal findings
11  means?
12  A.   Right. That there were not major
13  abnormal findings during that exam.
14  Q.   Right. You also wrote down under your
15  assessment, "anxiety disorder unspecified," right?
16  A.   Uh-huh. Yes.
17  Q.   2425?
18  A.   I did. Yes, I see it.
19  Q.   And when had she first been diagnosed
20  with anxiety disorder?
21  A.   Over five years ago.
22  Q.   All right. That was at the period of
23  time before she moved to Mississippi?
24  A.   Yes.
25  Q.   And there are other things there, but you

Page 98

1  also mention shortness of breath?
2     A.   As a symptom.
3     Q.   Yes.  Had she also experienced shortness
4  of breath before she moved to Mississippi?
5     A.   Well, she was diagnosed with pneumonia,
6  so she would have experienced shortness of breath.
7  This was before she moved to Mississippi.
8     Q.   Right.
9     A.   And I think shortness of breath is
10 probably mentioned in a couple of her previous notes --
11    Q.   All right.
12    A.   -- from this practice.
13    Q.   So that was a long standing condition of
14 hers before she went to Mississippi as well?
15    A.   I think it had been mentioned as a
16 symptom.
17    Q.   Okay.  I want to ask you about this next
18 entry and it reads "Z-77.120, contact with an" in
19 parentheses, "suspected exposure to mold", end
20 parentheses, "toxic."
21         Do you see that?
22    A.   Yes.
23    Q.   What is that, first of all?  Is that a --
24    A.   That would be an ICD-10 code and that is
25 the code you would use if you tested for it as a

Page 99

1  justification to the insurance company, although I
2  advised her I was not sure it would be covered by her
3  insurance.
4     Q.   Okay.  So let's unpack all of that.
5         Are you making a diagnosis that she has
6  been exposed to mold or is that a code that you use to
7  say if you wanted to order tests for that, that's what
8  you have to show?
9     A.   That would be more if you had to order
10 tests for it, that would be your reason behind it.
11    Q.   Okay.  So in the event that you wanted to
12 order tests for mold exposure, you need to write this
13 code down so that -- so that they can get paid for it.
14         Is that basically it?
15    A.   Potentially.  Yes, it would be a code you
16 would use.
17    Q.   All right.  Are you making an opinion
18 that she was exposed to mold?
19    A.   No.
20    Q.   And why aren't you making that opinion?
21    A.   I would not have enough data to prove
22 that her symptoms were related to exposure to mold.
23    Q.   And what data and proof would you need to
24 prove that her symptoms were exposed to mold?
25    A.   It would still be difficult.

Page 100

1     Q.   Let me ask.  Would you need some kind of
2  mold test or information about what levels of mold were
3  present in a particular space?
4     A.   That would probably be helpful, but I
5  don't know so far after the fact how valid it would be.
6     Q.   Okay.  So even then, even if you had a
7  mold test, they may not be enough is what you're
8  saying?
9     A.   Yes.
10    Q.   Okay.  And even if you had a photograph
11 or whatever, that may not be enough?
12         Is that what you're saying?
13    A.   Yes, that's what I'm saying.
14    Q.   Okay.  So you would need information
15 about the levels of mold that she was exposed to,
16 correct?
17    A.   One of the things, yes, that's one of the
18 things you would need.
19    Q.   But you would -- you doubt that you could
20 get that information, especially after the fact, true?
21    A.   I doubt it.
22    Q.   All right.  You would also need to know
23 what symptoms she was reporting at the time, true?
24    A.   That is true.
25    Q.   Did you have or do you have any of that

Page 101

1  information?
2     A.   Not the -- another provider.  Not from
3  another provider evaluation.
4     Q.   Right.  So you would, if you were looking
5  at this after the fact, you would want to look and see
6  what she was actually reporting at the time, true?
7     A.   Yes.
8     Q.   And you don't have that information,
9  right?
10    A.   I do not.
11    Q.   But even if you had the information about
12 what she -- what symptoms she was reporting, you would
13 need to know what all of the other potential causes
14 were that could result in that symptom; is that true?
15    A.   That's true.
16    Q.   And then you would need to rule out every
17 other potential cause leaving only exposure to mold; is
18 that fair?
19    A.   Yes.
20    Q.   That's called a differential diagnosis,
21 right?
22    A.   Yes.
23    Q.   And for someone who has multiple
24 allergies, that would be difficult, if not impossible;
25 is that fair?

**Page 118**

1  antibody panel two is.
2  A. Uh-huh.
3  Q. What is it?
4  A. They just look at antibody levels to some
5  molds that could cause significant illness.
6  Q. And are these -- would these be the
7  current antibody levels in a person's blood?
8  A. Yes.
9  Q. And is that evidence that the person is
10 currently being exposed to those things?
11 A. Not necessarily.
12 Q. I guess what I'm -- my real question is,
13 what information would that provide you or provide her
14 that would be helpful?
15 A. Well, if it was low or negative, it would
16 provide her some help for information that perhaps her
17 symptoms were not related to a serious mold infection.
18 Q. Do the presence of antibodies on this
19 test, whatever result you get, does it indicate that
20 you are susceptible to exposure to those kinds of
21 things or is it like an allergy test or what is it?
22 A. It's not an allergy test. It would just
23 be some evidence that somebody might have had a
24 previous mold exposure.
25 Q. So does the existence of an antibody

**Page 119**

1  today indicate that somebody may have been exposed to
2  mold three years ago?
3  A. It might not be able to tell a definite
4  timeline on that.
5  Q. That's -- I guess that's really what my
6  question was. If you take my antibodies today --
7  A. Right.
8  Q. -- and I show that I have an antibody
9  that's in response to a mold --
10 A. Right.
11 Q. -- would we ever be able to -- does that
12 mean that I'm exposed to a mold like recently or can
13 that mean that I was exposed to a mold two years ago,
14 or do you know?
15 A. You might not be able to be definite, but
16 there are some conditions where certain molds like
17 Coccidioides is not usually present in this part of
18 Tennessee, so somebody might have been exposed
19 elsewhere and that might be considered unusual for this
20 area.
21     But no, it probably cannot specify a
22 definite date when one would have been exposed.
23 Q. Okay.
24 A. And of course, I'm a primary care doctor.
25 Q. Oh, look, I understand that. I'm just --

**Page 120**

1  I'm trying to understand what this --
2  A. Yes.
3  Q. -- would even provide.
4     And basically what you're telling me is
5  that, Dr. Emmett, even if you were sitting here with
6  the results from the -- the fungal antibody panel --
7  A. Right.
8  Q. -- that you suggested, and those results
9  showed that she had antibodies for a particular type of
10 mold, you would not be able to link those to any
11 particular exposure either yesterday or six months ago
12 or two years ago; is that true?
13 A. I probably could not.
14 Q. All right. What was the end result of
15 the mold test back and forth?
16     Did that information get provided to
17 Mrs. Bean?
18 A. I believe so, and I think I said that
19 advised -- provided the order, but she would have to
20 come in for a blood sample and I've looked and there's
21 not been any lab appointment made, so I don't think she
22 came in --
23 Q. All right.
24 A. -- beyond that.
25 Q. So I appreciate your patience this

**Page 121**

1  morning. I do have some kind of follow-up questions to
2  kind of wrap it all up and then I'm going to turn it
3  over to some other folks who may have some questions
4  but --
5  A. Okay.
6  Q. -- I want to see if I understand what we
7  have discussed this morning.
8     You treated Mr. Bean for fatigue,
9  rhinitis and those kinds of things before he even left
10 for Mississippi, correct?
11 A. Yes.
12 Q. And you treated him for those same
13 symptoms after he came back from Mississippi, correct?
14 A. As I mentioned, yes.
15 Q. And you did not treat Mr. Bean during the
16 time that he was gone to Mississippi?
17 A. I did not.
18 Q. And you don't know what symptoms he
19 reported, if any, while he was in Mississippi?
20 A. I do not.
21 Q. And you don't know the conditions of the
22 home that Mr. Bean lived in, mold tests, any evidence
23 at all about what those circumstances were while he was
24 in Mississippi, correct?
25 A. I do not have that knowledge.

Kim Emmett, M.D. 7/23/2019

**Page 122**

1   Q.   And you don't know any of the other facts
2  or circumstances that would be necessary to make a
3  differential diagnosis as to the cause of any symptoms
4  Mr. Bean had while he lived in Mississippi, fair?
5       A.   I do not have.
6       Q.   And though, so therefore, you can't
7  testify to a reasonable degree of medical certainty
8  whether any symptoms that Mr. Bean complained of were
9  caused by exposure to mold in his home at Keesler Air
10 Force Base, true?
11      A.   I cannot testify to that.
12      Q.   All right.  And the same with respect to
13 Mrs. Bean, you treated her for rhinitis, sinusitis,
14 shortness of breath and other issues before she left
15 for Mississippi, right?
16      A.   Yes.
17      Q.   And you treated her for those same
18 symptoms after she came back from Mississippi, right?
19      A.   I don't recall a sinusitis.
20      Q.   Okay.  But the other ones you did?
21      A.   Yes, she received medicine for allergic
22 rhinitis.
23      Q.   All right.  And you did not treat
24 Mrs. Bean while she was in Mississippi, right?
25      A.   I did not.

**Page 123**

1       Q.   Nor have you reviewed in detail all of
2  her medical records from that period.
3       A.   I have not.
4       Q.   So you don't know what symptoms, if any,
5  she complained of while she lived in Mississippi,
6  right?
7       A.   Right.
8       Q.   Do you know what evidence there was as to
9  the cause or circumstances of any of those symptoms
10 while she was living in Mississippi?
11      A.   I'm sorry, can you say that again?
12      Q.   Yes, ma'am.  You don't have any
13 information about the cause or circumstances of any of
14 the symptoms she did report while she was living in
15 Mississippi, true?
16      A.   Not other than her report.
17      Q.   Right.  And so for that reason you have
18 not performed and don't have enough information to do a
19 differential diagnosis on any symptoms she had while
20 she was in Mississippi, fair?
21      A.   That's fair.
22      Q.   So at the end of the day, you can't
23 testify to a reasonable degree of medical certainty
24 that any of the Beans, Mr. Bean or Mrs. Bean's medical
25 symptoms were caused by exposure to mold in their home,

**Page 124**

1  true?
2       A.   I cannot.
3            MR. BOONE:  Those are all the questions I
4  have and there may be others from some other
5  folks.
6            THE WITNESS:  Okay.
7            THE VIDEOGRAPHER:  Let's go off the
8  record, and make a change.
9            MR. BOONE:  All right.
10           THE VIDEOGRAPHER:  Off the record.  It's
11 10:39.  This is the end of DVD number two.
12           (Off record discussion.)
13           THE VIDEOGRAPHER:  All right.  Back on
14 the record.  It's 10:39.  This is the beginning of
15 DVD number three.
16           MR. BOONE:  Taylor, do you have any
17 questions, do you want --
18           MS. WHITE:  I do.  Do you want me to go
19 ahead?
20           MR. BOONE:  Yeah, I think -- Scott, if
21 it's okay, why don't we let Taylor go and then you
22 can go after that.
23           MR. WELLS:  Okay, that sounds great.
24           MR. BOONE:  Okay, good.
25           MS. WHITE:  Scott, can you hear me okay?

**Page 125**

1            MR. BOONE:  He's probably on mute.
2            MS. WHITE:  Okay.
3            MR. WELLS:  I couldn't hear anything, if
4  you just spoke.  I'm not on mute at the moment.
5            MR. BOONE:  Just go ahead and speak.  If
6  he can hear me, he can hear you.
7            MS. WHITE:  Okay.
8  EXAMINATION BY MS. WHITE:
9       Q.   Okay.  Dr. Emmett, my name is Taylor
10 White.  I represent Forest City Residential Management
11 Company and I have just a very few questions and bear
12 with me, I'm going to jump around just a little bit.
13      A.   Okay.
14      Q.   If you will look back with me at
15 Exhibit 5.
16      A.   Yes.
17      Q.   This is a letter, right, that Miss Bean
18 wrote to you on March 25th, 2019?
19      A.   Yes.
20      Q.   Look with me about halfway down the page
21 where it says, "my lungs have not been at the capacity
22 they were before I moved and lived in that housing unit
23 for two years."
24           First of all, you testified earlier that
25 sometimes people when they're administered a peak test